

# Missouri Court of Appeals
## Southern District

## AUGUST 7, 2015

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1. Case No. SD33345

   Re: STATE OF MISSOURI,
       Plaintiff-Respondent,
       v.
       WINDY D. FRIEND,
       Defendant-Appellant.